PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

**FILED**

JAN 2 0 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~Eastern~~ DISTRICT OF TEXAS
SHERMAN DIVISION

Kerry R. King
**Plaintiff's Name and ID Number**

Lamar County Jail
**Place of Confinement**

CASE NO. 4:23cv39
(Clerk will assign the number)
MAZZANT/NOWAK

v. Paris Police Department
2910 Clarksville St. Paris, TX 75460
**Defendant's Name and Address**

_____
**Defendant's Name and Address**

_____
**Defendant's Name and Address**
**DO NOT USE "ET AL."**

**INSTRUCTIONS – READ CAREFULLY**

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same event or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court the appropriate district of Texas in the division where one or more named defendants are located, or where the event giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address for the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of $402.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply cases proceeding *in forma pauperis*.)

If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it the court.

## CHANGE OF ADDRESS

your responsibility to inform the court of any change of address and its effective date. Such notice should be ked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any r relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal ur complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

## PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES __√__NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit:_____
   2. Parties to previous lawsuit:

      Plaintiff(s)_____

      Defendant(s)_____
   3. Court: (If federal, name the district; if state, name the county.)_____
   4. Cause number:_____
   5. Name of judge to whom case was assigned:_____
   6. Disposition: (Was the case dismissed, appealed, still pending?)_____
   7. Approximate date of disposition:_____

2

II. PLACE OF PRESENT CONFINEMENT: Lamar County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES  ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Kerry Roy King, 125 Brown Ave. Paris, TX 75460

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Paris Police Department

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Obstructing justice, failure to investigate & Discrimination

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On the 8th day of July, I was at a family gathering across the street from 1525 Margret St (actual address is unknown) which involves Shak'l Dillard, Sodarious King, Aliyah King & Keyosha Ellis. Shak'l & I started arguing & instead of calling law enforcement, he called his brother & nephew (Detrick & DRe Dillard) to assault me. After the assault, they then went to another location, called the police & told them I pulled a knife on them. When law enforcement arrived, he saw me injured. Due to the circumstances, it's obvious that law enforcement played a major part in this incident because the investigation was abnormal.

## VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated $30,000

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Terry

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

12830660 (The other two is unknown)

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

4

Date: January 16, 2023
Re: Statement of Claim

On about the 8th day of July and around approximately 10:00 or 11:00 p.m., I, Kerry Ray King, was outside on 1825 Margret St. at an usual family gathering when a frivolous argument took place between a relative (Shakil Dillard) and I. The argument was over how much money he had and that I didn't have "any" which really didn't affect me in any form or fashion. Shakil saw that what he said wasn't affecting me, so he started getting louder and louder and my mother (Linnie Jean King) came from across the street to calm him down. He continue to get loud and I than got up from where I was sitting and started walking toward him. He than jumped out of his seat, ran out to the street, pulled out his phone and called some of my other relatives (Derrick Demond Dillard and his son Dre Dillard) and told them that I had pulled a knife on him. (Now if I had pulled a knife on him and he had felt threatened in any way than why did he call Derrick and Dee to assault me instead of calling the law enforcement like he was supposed to?) Derrick and Dee pulled up with poles ready to assault me. We started arguing and I saw that the argument wasn't worth my time nor energy, so I walked off and without me knowing it, Derrick told his son (Dre) to sneak up behind me and assault me with the pole. Than they left the scene and called the law enforcement and told them that I had assaulted them with a knife (Shakil and Derrick) The officer that responded to the incident, came out, took pictures and asked questions. I informe the responding officer that I had witnesses which he knew

Attempted to question. Also, I received an indictment concerning this incident, but the perpetrator (Dre Dillard) isn't placed in the incident like he should've been. This alone indicates that they tried to cover up the assault on me and made it look like I was the perpetrator.

However; due to the circumstances, it's obvious that law enforcement played a major part in this conspiracy, because the investigation was abnormal. The responding officer didn't allow me to file charges against those guys and never questioned my witnesses. If the officer would've investigated properly, he would've discovered that I am actually the victim in this case.

In addition; regardless of my past criminal deeds, I am indeed entitled to justice and to be compensated for the pain and suffering that this situation has caused.

Last but not least; I pray that the court will assist me in obtaining relief in this matter so that I can move forward with my life. May GOD bless you!

Thanks!

Respectfully Submitted

Kerry R. King

## LAMAR COUNTY JAIL
## INMATE REQUEST FOR CID

**Inmate Name:** Kerry King

**CID Detective Requested:** CID Officer

**Inmate Location:** Lamar County Jail

**Date:** Aug. 31, 2022

**Time:** 10:20

**Detention Officer:** J. Macharick

**Badge:** 734

☒ City Case   ☐ County Case   ☐ Other

**REASON (If Known):** I'm requesting to speak to an officer regarding the June 8th incident. Its very important that I speak to someone concerning this issue. Your assistance in this matter will be highly appreciated! Thanks!



Inmate Request for CID                                    Page 1

## LAMAR COUNTY JAIL
## INMATE REQUEST FOR CID

**Inmate Name:** Kerry King

**CID Detective Requested:** Cpt. Johnathan Smith

**Inmate Location:** Lamar County Jail

**Date:** September 12th 2022

**Time:** 2:30 am

**Detention Officer:** J. Mackanick

**Badge:** 734

☐ City Case   ☐ County Case   ☐ Other

**REASON (If Known):** I apologize if I cause any inconvenience at this point and time, but I felt compelled to write you another notation regarding the June 8th incident. However; I would like to speak with you concerning filing charges against the individuals that played a major part in this event. I will provide the right documents. Your assistance in this matter will be highly apreciated. Thanks!



Inmate Request for CID                                         Page 1

# LAMAR COUNTY JAIL
## INMATE REQUEST FOR CID

**Inmate Name:** Kerry King

**CID Detective Requested:** Tommy Moore

**Inmate Location:** Lamar County Jail

**Date:** 11-2-2022  **Time:** 12:30

**Detention Officer:** Thullen 735  **Badge:** 735

☐ City Case  ☒ County Case  ☐ Other

**REASON (If Known):** Dearest Tommy Moore; I am currently incarcerated for Agg assault w/ a deadly weapon, but I am actually the victim in this case, and I am seeking the Justice that I am entitled to.

However; the officer that responded to the June 8th incident have it on his body cam that I stated that I wanted to file charges against the guys who assaulted me w/ a pole. I would like to speak w/ you regarding this issue so that I can put this situation behind me and move forward w/ my life. Your assistance in this matter will be highly appreciated! Thanks!

C. Has any court ever warned or notified you that sanctions could be imposed? \_\_\_\_YES √ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning was issued: _____

Executed on: _____
            DATE

*Sherry R. King*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this **Sixteenth** day of **January**, 20 **23**.
        (Day)               (month)      (year)

*Sherry R. King*
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but not limited to, monetary sanctions and the dismissal of this action with prejudice.