IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KERRY RAY KING | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23cv39 |
| | § | |
| PARIS POLICE DEPARTMENT | § | |

**FINAL JUDGMENT**

The Court has considered Plaintiff's complaint and rendered its decision by its Order of Dismissal issued this date. Therefore, it is **ORDERED** the case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**
**SIGNED this 25th day of March, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE